AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 27 2021
BY_____
ARTHUR JOHNSTON
DEPUTY

for the

Southern District of Mississippi

| United States of America | ) | |
| v. | ) | |
| In the Matter of the Extradition of | ) | Case No.   2:21mc61-MTP |
| William Lyle Johnson | ) | |
| | ) | |
| | ) | |
| _____ | ) | |
| *Defendant* | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     William Lyle Johnson                                                                                          ,

who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint   *FOR EXTRADITION*

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Pursuant to 18 U.S.C. § 3184, being a fugitive from the Netherlands, which has requested arrest, under the
U.S.-Netherlands extradition treaty, for (preparation of) murder; (preparation of) aggravated manslaughter; (preparation of)
manslaughter; (preparation of) premeditated grievous bodily injury; (preparation of) grievous bodily injury; (preparation of)
premeditated physical abuse (all resulting in death); incitement/accessory to all of the same; (preparation of) extortion &
(preparation of) attempted extortion, both resulting in death; intentional deprivation of liberty; and threat of a criminal
offense, all in violation of Dutch law.

Date:   April 26, 2021

_____
*Issuing officer's signature*

City and state:     Hattiesburg, Mississippi

_____
Hon. Michael T. Parker, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*   04/26/2021 and the person was arrested on *(date)*   04/27/2021 at *(city and state)*   Hattiesburg, MS .   Date:   04/27/2021     _____  *Arresting officer's signature*    Joshua Mitchell, Special Agent  *Printed name and title* |